ACCEPTED
03-14-00626-CV
7224530
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/5/2015 11:20:09 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00626-CV

## In the Court of Appeals
## for the Third Judicial District
## Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/5/2015 11:20:09 AM
JEFFREY D. KYLE
Clerk

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas,**
Appellants,

**v.**

**Budget PrePay, Inc.,**
Appellee.

On Appeal from the 126th Judicial District Court
Travis County, Texas

### Appellants' Unopposed Motion to Dismiss Appeal

To the Honorable Third Court of Appeals:

This case has settled. Accordingly, Appellants request that this appeal be dismissed. Appellee is not opposed to this motion.

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief, Tax Division


/s/ Charles K. Eldred
CHARLES K. ELDRED
Attorney-in-Charge
Tax Division
State Bar No. 00793681
P.O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-477-2348 (fax)
charles.eldred@texasattorneygeneral.gov

*Attorneys for Appellants*

## CERTIFICATE OF CONFERENCE

I conferred with Anthony Gulotta, counsel for Appellant, and he in unopposed to this motion to dismiss.


/s/ Charles K. Eldred
Charles K. Eldred

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on October 5, 2015, on Anthony Gulotta, counsel for Appellant, at tgulotta@gulottalawgroup.com.


/s/ Charles K. Eldred
Charles K. Eldred